BTXN 116 (rev. 07/08)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# AMENDED

## APPEAL SERVICE LIST

### Transmission of the Record

BK Case No.: _19–34054–sgj11_

Received in District Court by: _____

Date: _____

Volume Number(s): _____

cc: Stacey G Jernigan
Courtney Lauer
Caroline Nowlin
Attorney(s) for Appellant
US Trustee

**Appellant**   Hunter Mountain Investment Trust

Sawnie A. McEntire
1700 Pacific Avenue, Suite 4400
Dallas, Texas 75201
Telephone: (214) 2374300

Roger L. McCleary
One Riverway, Suite 1800
Houston, Texas 77056
Telephone: (713) 9607315

**Appellee**   Muck Holdings, LLC, Jessup Holdings, LLC, Farallon Capital Management, LLC, Stonehill Capital Management, LLC

HOLLAND & KNIGHT LLP
Brent R. McIlwain
David C. Schulte
Christopher Bailey
Holland & Knight LLP
1722 Routh Street, Suite 1500
Dallas, TX 75201
Tel.: (214) 9649500

**Appellee**   Highland Capital Management, L.P., the Highland Claimant Trust, and James P. Seery, Jr., solely in his capacity as Chief Executive Officer of Highland Capital Management, L.P.

PACHULSKI STANG ZIEHL & JONES LLP
Jeffrey N. Pomerantz
John A. Morris
Gregory V. Demo
Hayley R. Winograd

10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: (310) 2776910

HAYWARD PLLC
Melissa S. Hayward
Zachery Z. Annable
10501 N. Central Expy., Ste. 106
Dallas, Texas 75231
Telephone: (972) 7557100